UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBREEN BUKHARI,

               Plaintiff,          25-cv-3206 (JGK)

    - against -                ORDER

INSTITUTIONAL INVESTOR, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 24, 2025.

SO ORDERED.

Dated:    New York, New York
            July 10, 2025

                                        John G. Koeltl
                                   United States District Judge