UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMBREEN BUKHARI,

               Plaintiff(s)

        -against-

INSTITUTIONAL INVESTOR, et al,
               Defendant(s).
------------------------------------------------------------X

25 civ 3206 (JGK)

## ORDER

The conference scheduled for Tuesday, August 5, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

*[signature]*

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 31, 2025